■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MEDINA, Appellant. [994 NYS2d 102]—Order, Supreme Court, Bronx County (Edgar G. Walker, J.), entered on or about March 20, 2012, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

Substantial justice dictates denial of resentencing, based on consideration of all relevant facts and circumstances. Concur—Tom, J.P., Friedman, Feinman, Gische and Kapnick, JJ.

■ In the Matter of DELCIA W., Respondent, v CARL S.W., Appellant. [994 NYS2d 102]—Order, Family Court, New York County (Marva A. Burnett, Court Attorney Ref.), entered on or about April 25, 2013, which, after a fact-finding determination that respondent committed the family offense of harassment, granted petitioner a one-year order of protection directing respondent to refrain from, inter alia, harassing or committing any criminal offense against petitioner, unanimously affirmed, without costs.

Although the allegation in the petition concerning August phone calls made by respondent father was not substantiated, a fair preponderance of the evidence supported the Family Court's finding that he committed an act on July 3, 2009 that constituted the family offense of harassment in the second degree, warranting the issuance of the order of protection (Penal Law § 240.26 [1]; Family Ct Act § 832; see Matter of Tamara A. v Anthony Wayne S., 110 AD3d 560, 560 [1st Dept 2013]). There is no basis to disturb the court's credibility determinations (see Matter of Melind M. v Joseph P., 95 AD3d 553, 555 [1st Dept 2012]). Concur—Tom, J.P., Friedman, Feinman, Gische and Kapnick, JJ.